# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**GENERAL AMERICAN HOLDINGS, INC.,**
Appellant,

v.

**340-350 ROYAL PALM LLC,**
Appellee.

No. 4D2023-1173

[February 15, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Judge; L.T. Case No. 502021CA009169XXXXMB.

Bernard Lebedeker of Reid Burman Lebedeker Xenick Pepin, West Palm Beach, for appellant.

Jonathan P. Hart of Shutts & Bowen LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***